UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STATE OF OHIO/CITY OF OREGON,

Plaintiff(s),

v.

DEANDE L. BELMON,

Defendant(s).

Case No. 2:22-cv-00891-RFB-BNW

**ORDER**

Before the Court for consideration is the Report and Recommendation [ECF No. 8] of the Honorable Brenda Weksler, United States Magistrate Judge, entered November 23, 2022.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by December 7, 2022.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

///

1      **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 8] is
2 ACCEPTED and ADOPTED in full.
3      **IT IS FURTHER ORDERED** that this case is REMANDED (to the extent it was actually
4 removed) and closed in this District.
5      **IT IS FURTHER ORDERED** that Defendant's Motion for Temporary Restraining Order
6 (ECF No. 7) is DENIED as moot.

     DATED: January 23, 2023.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**